UNITED STATES DISTRICT COURT
# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **CLIFFS MINING COMPANY** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:18-cv-00581-WED** |
| | ) | |
| **v.** | ) | **Magistrate Judge Duffin** |
| | ) | |
| **WISCONSIN ELECTRIC** | ) | |
| **POWER COMPANY and** | ) | |
| **WISCONSIN GAS LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO TEMPORARILY STAY CASE

Plaintiff Cliffs Mining Company and Defendants Wisconsin Electric Power Company and Wisconsin Gas LLC submit this joint motion for a temporary stay, and state as follows:

1.      As this Court is aware, this case involves an agreement regarding the process to remediate the former Solvay Coke and Gas Company site in Milwaukee, Wisconsin (the "Site"). The EPA has recently issued a report containing proposed remedies for the Uplands portion of the Site for public comment.

2.      As a result of the remedies recommended by the report approved by EPA, the parties believe that a stay of this case is prudent so that they may further discuss a resolution of this litigation.  The parties believe that continued litigation at this point will hinder the parties' ability to resolve this case.

54605145v.1

3.     The parties request of stay of all discovery and due dates through and including May 15, 2019.  At the conclusion of this period, the parties are optimistic that they will be able to submit a proposed order to resolve this litigation.  If not, the parties will submit a schedule to the Court requesting a modification of the Scheduling Order.

WHEREFORE, Plaintiff and Defendants request that the Court grant this motion and stay this litigation through and including May 15, 2019, with the parties to submit either a proposed order resolving this case or a proposal to amend the scheduling order by May 24, 2019.

54605145v.1

DATED:  January 29, 2019                    Respectfully submitted,

                                            SEYFARTH SHAW LLP


                                            By:  s/ Louis S. Chronowski
                                                 Louis S. Chronowski

                                            Attorneys for
                                            Plaintiff CLIFFS MINING COMPANY


Andrew H. Perellis
aperellis@seyfarth.com
Louis S. Chronowski
lchronowski@seyfarth.com
Patrick D. Joyce
pjoyce@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
(312) 460-5000


Dated:  January 29, 2019                    Respectfully submitted,

                                            WISCONSIN ELECTRIC POWER
                                            COMPANY
                                            and WISCONSIN GAS LLC


                                            By:  s/ Joseph A. Cancila


Joseph A. Cancila
jcancila@rshc-law.com
Sondra Hemeryck
shemeryck@rshc-law.com
Deborah Bone
dbone@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois  60602

3

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of this document was served on all counsel of record via the Court's ECF system on this 29th day of January 2019.

s/ Louis S. Chronowski
Louis S. Chronowski

4

54605145v.1