UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **CLIFFS MINING COMPANY** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-cv-00581-WED |
| ) | |
| v. ) | Magistrate Judge Duffin |
| ) | |
| **WISCONSIN ELECTRIC** ) | |
| **POWER COMPANY and** ) | |
| **WISCONSIN GAS LLC,** ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

The Parties hereby stipulate that all claims in this action shall be dismissed without prejudice with each party to bear its own attorneys' fees and costs.

**SO STIPULATED:**

DATED: May 16, 2019

By: s/ Louis S. Chronowski

Attorneys for CLIFFS MINING COMPANY

Andrew H. Perellis
aperellis@seyfarth.com
Louis S. Chronowski
lchronowski@seyfarth.com
Patrick D. Joyce
pjoyce@seyfarth.com
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
(312) 460-5000

By: s/ Joseph A. Cancila

Attorneys for WISCONSIN ELECTRIC POWER COMPANY and WISCONSIN GAS LLC

Joseph A. Cancila
jcancila@rshc-law.com
Sondra Hemeryck
shemeryck@rshc-law.com
Deborah Bone
dbone@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that a copy of this document was served on all counsel of record via the Court's ECF system on this 16th day of May 2019.

                        */s/ Louis S. Chronowski*
                        Louis S. Chronowski